## NATIONAL LABOR RELATIONS BOARD *v.* CELANESE CORPORATION OF AMERICA.

No. 382.  Decided February 20, 1961.

*Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton Come* for petitioner.

*Gerard D. Reilly* and *Joseph C. Wells* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted.  The judgment is vacated and the case is remanded to the Court of Appeals for consideration in the light of *Labor Board* v. *Mattison Machine Works, ante,* p. 123.

MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART are of the opinion that certiorari should be denied.

## GATES *v.* CALIFORNIA.

No. 528, Misc.  Decided February 20, 1961.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.